UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | Case No. 1:07-cr-84 |
| vs. | ) | |
| | ) | JUDGE JORDAN |
| TREMIS WOODLEY | ) | MAGISTRATE JUDGE LEE |
| | ) | |

REPORT AND RECOMMENDATION

Counsel for defendant Woodley requested a psychiatric/psychological evaluation of defendant TREMIS WOODLEY on December 21, 2007 [Doc. 514] and an order was entered on January 15, 2008 allowing said evaluation [Doc. 524]. An April 28, 2008 letter from Eric Wilson, Warden of the Federal Bureau of Prisons, Metropolitan Correctional Center in Chicago, Illinois, and a Forensic Evaluation of defendant Woodley, were received by the Court. The findings in the evaluation are that defendant is not suffering from a severe mental disease or defect rendering him mentally incompetent to the extent he is unable to understand the nature and consequences of the proceedings filed against him or assist his attorney in his defense. Defendant Woodley's Attorney, Tracy Jackson Smith, contacted the chambers of Magistrate Judge Lee and on behalf of defendant Woodley advised he would not be requesting a competency hearing, he would file a Waiver of Competency Hearing pursuant to 18 U.S.C. § 4247(d), and he would not be requesting the mental evaluation be placed under seal. Therefore, I **RECOMMEND** the Court find defendant Woodley

is competent to understand the nature and consequences of the proceedings against him and able to assist in his defense, and further find defendant is competent to stand trial.  Also, the mental evaluation of defendant TREMIS WOODLEY shall be filed by the Clerk's office in the official record of this case.

        SO ORDERED:

        ENTER.

                                         s/Susan K. Lee
                                         SUSAN K. LEE
                                         UNITED STATES MAGISTRATE JUDGE