IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 1:07-CR-84 |
| | ) | |
| TREMIS WOODLEY | ) | |

## O R D E R

This criminal case is before the court on the report and recommendation of the magistrate judge that the defendant be found competent to understand the nature and consequences of the proceedings against him and able to assist in his defense and be found competent to stand trial. No objections to the report and recommendation have been filed. The court has reviewed the Bureau of Prison's mental evaluation of the defendant and agrees with the magistrate judge's recommendation.

Therefore, the court will **ADOPT** the report and recommendation in its entirety, and the court finds the defendant competent.

IT IS SO **ORDERED**.

ENTER:

*s/ Leon Jordan*
United States District Judge